IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

1 STARR DALTON,

        Plaintiff,

v.                              CIVIL ACTION NO. 2:08-cv-01218

W.VA PAROLE BOARD, et al.,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

    This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition ("PF&R"), pursuant to 28 U.S.C. § 636(b)(1)(B). On December 8, 2009, the Magistrate Judge submitted proposed findings of fact and recommended that the court deny the petitioner's Petition for Writ of Habeas Corpus [Docket 2] and dismiss this action. Objections to the PF&R were due to the court by December 28, 2009. Neither party has filed objections.

    The court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge. The court **DENIES** the petitioner's Petition for Writ of Habeas Corpus [Docket 2]. The court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Stanley, counsel of record, and any unrepresented party.

                            ENTER:        January 19, 2010

                            Joseph R. Goodwin, Chief Judge